Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:       Clerk, U.S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Case No.: 6:08-bk-17939-MJ

Debtor(s): KEAVWE-JAYMIE F SANTIAGO
EDITH C-VELASCO SANTIAGO
1010 N TURNER AVE, # 237
ONTARIO, CA  91764

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| KEAVWE-JAYMIE F & EDITH C-VELASCO SANTIAGO 1010 N TURNER AVE, #237 ONTARIO, CA 91764 | $1,000.00 |

Dated: 9/29/11

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0817939 | KEAVWE-JAYMIE F & EDITH C-VELASCO SANTIAGO | | 00000 | 1,000.00 | 0.00 | 1,000.00 |

ROD DANIELSON, Chapter 13 Trustee
Payee: US BANKRUPTCY COURT
Date: Sep 28, 2011

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT       TOTALS:    1,000.00    0.00    1,000.00

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

KEAVWE-JAYMIE F SANTIAGO
EDITH C-VELASCO SANTIAGO
BALANCE:    [0.00 Claim:00000]
ACCT:
PRINCIPAL: 1,000.00

CASE: 0817939
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
0368215

CHECK DATE: Sep 28, 2011
AMOUNT: ******1,000.00**
VOID 45 DAYS FROM DATE

PAY One Thousand And 00 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0368215⑈ ⑆122044300⑆ ⑈030⑈100078⑈